IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANGELA K. MATHESON                                                                                    PLAINTIFF

V.                                        Case No. 2:15CV75-KGB

SHOE CARNIVAL, INC.,
CONTINENTAL PROPERTY MANAGEMENT, INC.,
CHENAL COMMONS 1031, LLC,
JOHN DOES 1-10, Individually,
JOHN DOES 11-20, Individually, and
JOHN DOES 21-30, Individually                                                                     DEFENDANTS

## ANSWER

Comes Defendant, Shoe Carnival, Inc., and for its answer to the Complaint states:

1.

It denies the allegations of Paragraph 1 of the Complaint.

2.

It admits the allegations of the first sentence of Paragraph 2 of the Complaint.  It denies the allegations of the second sentence of Paragraph 2 of the Complaint.

3.

It admits the allegations of Paragraph 3 of the Complaint, but denies Continental Property Management, Inc., is a proper party to this action.

4.

It denies the allegations of Paragraph 3 of the Complaint.

5.

It denies the allegations of Paragraph 5 of the Complaint.

6.

It admits the allegations of the first two sentences of Paragraph 6 of the Complaint. It denies the remaining allegations of Paragraph 6 of the Complaint.

7.

It denies the allegations of Paragraph 7 of the Complaint.

8.

It denies the allegations of Paragraph 8 of the Complaint.

9.

It denies the allegations of Paragraph 9 of the Complaint.

10.

It denies the allegations of Paragraph 10 of the Complaint.

11.

It joins in Plaintiff's demand in Paragraph 11 of the Complaint for trial by jury and demands jury trial pursuant to *Federal Rule of Civil Procedure* 38(*b*).

AFFIRMATIVE DEFENSES

12.

It asserts insufficiency of process and insufficiency of service of process in defense to the claims of the Complaint.

13.

Plaintiff's damages proximately resulted in whole or in part from her own failures to use ordinary care for her own safety. Plaintiff's fault should be determined in accordance with the *Arkansas Comparative Fault Act,* as codified at *Ark. Code Ann.* § 16-64-

122, to diminish or bar any recovery to which she might otherwise be entitled.

14.

Plaintiff's damages proximately resulted from fault of others for whom Defendant has no liability.

15.

It asserts all defenses available under the *Arkansas Comparative Fault Act,* as codified at *Ark. Code Ann.* § 16-64-122, the *Arkansas Civil Justice Reform Act* of 2003, as codified at *Ark. Code Ann.* § 16-55-201, and the *Uniform Contribution Among Joint Tortfeasors Act*, as codified at *Ark. Code Ann.* § 16-61-201, *et seq.*  It demands apportionment and allocation of the relative degrees of fault of all persons, parties and non-parties who may be at fault, and for contribution or indemnity as may be appropriate.

16.

The allegations of the Complaint are insufficient to state a claim for punitive damages.  The purported claim for punitive damages should be dismissed pursuant to Rule 12(*b*)(6) of the *Federal Rules of Civil Procedure.*

17.

In the event punitive damages remain an issue at the time of trial, Defendant demands bifurcation pursuant to *Ark. Code Ann.* § 16-55-211.

18.

It denies each allegation not specifically denied herein, and reserves the right to plead further.

WHEREFORE, Shoe Carnival, Inc., prays the Complaint of plaintiff be dismissed and for all other just and proper relief.

/s/Gene Williams
BAR NO. 85170
Attorney for Shoe Carnival, Inc.
SMITH, WILLIAMS, & MEEKS L.L.P.
Arvest Bank Building
500 Broadway Place, Suite 404
Little Rock, Arkansas 72201
Telephone:  (501) 372-0401
E-mail:  gene@kawlaw.net

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Win Trafford
traffordlawfirm@cablelynx.com

G. S. Brant Perkins
bperkins@perkinsfirm.net

/s/Gene Williams
BAR NO. 85170
Attorney for Shoe Carnival, Inc.
SMITH, WILLIAMS, & MEEKS L.L.P.
Arvest Bank Building
500 Broadway Place, Suite 404
Little Rock, Arkansas 72201
Telephone:  (501) 372-0401
E-mail:  gene@kawlaw.net