## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ANGELA K. MATHESON**                                           **PLAINTIFF**

**v.**                    **Case No. 2:15-cv-00075 KGB**

**SHOE CARNIVAL, INC.,**
**CONTINENTAL PROPERTY MANAGEMENT, INC.,**
**CHENAL COMMONS 1031, LLC,**
**JOHN DOES 1-10, Individually,**
**JOHN DOES 11-20, Individually, and**
**JOHN DOES 21-30, Individually**                         **DEFENDANTS**

### JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed. Plaintiff Angela K. Matheson's claims against defendants are dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge